

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
T: 609.896.3600  F: 609.896.1469
www.foxrothschild.com

JEFFREY M. POLLOCK
Certified by the Supreme Court of New Jersey
    as a Civil Trial Attorney
Direct Dial:  (609) 896-7660
Email Address:  JMPollock@foxrothschild.com

January 17, 2023

*Via* **ECF**

The Hon. Michael B. Kaplan, Chief Judge
Clarkson Fischer Building & United States Courthouse
Courtroom #8
402 East State Street
Trenton, NJ 08608

    Re:    *In re* **LTL Management, LLC**
               **Adv. Proc. No. 22-01393**

Dear Judge Kaplan:

We have recently been retained as counsel for Dr. Jacqueline Moline in the In Re LTL Management, LLC, Adversary Proceeding No. 22-01393 matter. Unfortunately, we are compelled to withdraw as counsel due to an unforeseen conflict. Dr. Moline has two immediate deadlines. **First,** the deadline to Answer, Move or Otherwise Respond to the Complaint—which is due to be filed tomorrow. In light of the unforeseen conflict, Debtor has agreed to a 30 day extension of time for Dr. Moline to respond.

The **second deadline** is Dr. Moline's response to Debtor's request for expedited discovery of Dr. Moline's data. Dr. Moline is currently required to file a response on Monday

141822709.1

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota    Nevada
New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Virginia    Washington



(less than one week from today), January 23, 2023. Debtor refuses to consent to a 30 day extension of time. We respectfully renew our request that Dr. Moline be granted 30 days to respond to this discovery demand as well. A 30 day extension may be necessary for her new counsel to have adequate time to prepare a response. Although Debtor claims there is great urgency to obtaining this data, there has been no demonstration of immediacy, rather this is a normal and routine discovery request. Third, 30 days is warranted in light of the interests of non-parties who may be affected by rushed discovery.

We respectfully request the Court's guidance as this matter is otherwise on for a hearing before Your Honor tomorrow.

Respectfully submitted,

JEFFREY M. POLLOCK

cc: Counsel of Record (Via ECF and electronic mail)

141822709.1