| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>Allison M. Brown, Esq.<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3222<br>Facsimile: (917) 777-3222<br>Email: Allison.Brown@skadden.com<br><br>*ATTORNEYS FOR DEBTOR* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>        Debtor. | Case No.: 21-30589 (MBK)<br><br>Chapter 11<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DR. JACQUELINE MIRIAM MOLINE,<br><br>        Defendant. | Adv. Proc. No. 22-01393 (MBK)<br><br>**Hearing Date and Time:**<br>January 18, 2023 at 10:00 a.m. |

## DECLARATION OF PAUL R. DEFILIPPO

I, Paul R. DeFilippo, of full age, hereby declare under penalty of perjury:

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

1. I am an attorney and partner at the law firm of Wollmuth Maher & Deutsch LLP; my office is located at 90 Washington Valley Road, Bedminster, New Jersey 07921. I am a member in good standing of the Bar of New Jersey. There are no disciplinary proceedings pending against me.

2. I submit this declaration (the "Declaration") in connection with the *Plaintiff's Partial Opposition to Defendant's Motion to Extend Time*, filed contemporaneously herewith. I have personal knowledge of the matters set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email from J. Pollock to A. Brown dated January 17, 2023.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Transcript of Oral Argument in *Williams v. BASF Catalysts LLC*, No. 13-1089 (3d Cir. Mar. 13, 2014).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:   January 17, 2023              */s/ Paul R. DeFilippo*
            Bedminster, New Jersey        Paul R. DeFilippo