# EXHIBIT 1

**From:** Pollock, Jeffrey M. <JMPollock@foxrothschild.com>
**Sent:** Tuesday, January 17, 2023 9:34 AM
**To:** Brown, Allison M (NYC) <Allison.Brown@skadden.com>
**Cc:** pdefilippo@wmd-law.com
**Subject:** [Ext] RE: LTL Management LLC/Dr. Moline


Dear Allison and Paul, I have been directed by the Firm to withdraw from this matter based upon the issue of our other asbestos representations.   Will you consent to a 30 day extension of the deadlines for Dr. Moline to respond to the Complaint against her as well as the Request for Expedited Discovery.   Please advise at your earliest convenience.   Sincerely, Jeff

**JEFFREY M. POLLOCK, ESQ.**
Certified by the Supreme Court of New Jersey
As a Civil Trial Lawyer
Fox Rothschild, LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
(908) 334 3242 (cell)
(609) 896 7660 (work direct)
(609) 896-1469 (fax)
JMPollock@FoxRothschild.com