# EXHIBIT 2

```
              UNITED STATES COURT OF APPEALS
                  FOR THE THIRD CIRCUIT
                       NO. 13-1089
```

KIMBERLEE WILLIAMS, etc. et al.,
       Appellants
   v.

BASF CATALYSTS LLC; et al.

       Transcript from the audio recording of the oral argument held Thursday, March 13, 2014 at the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  This transcript was produced by James DeCrescenzo, a Fellow of the Academy of Professional Reporters, a Registered Diplomate Reporter, an Approved Reporter of the United States District Court.

BEFORE:
        THE HONORABLE THEODORE A. McKEE
        THE HONORABLE THOMAS L. AMBRO
        THE HONORABLE JULIO M. FUENTES

Case 22-13189-MBK Doc 20-3 Filed 01/13/23 Entered 01/13/23 12:09:21 Desc
Case 3:13-89 Document 303 Filed 01/17/14 Page 2 of 28 Page ID: 69/27/2014
Exhibit 2    Page 3 of 7

Page 2

THIRD CIRCUIT, 3/13/2014

```
 1  APPEARANCES:

 2  JEFFREY M. POLLOCK, ESQUIRE
    jmpollock@foxrothschild.com
 3  FOX ROTHSCHILD
        997 Lenox Drive
 4      Princeton Pike Corporate Center
        Building 3
 5      Lawrenceville, New Jersey 08648
        609.895.7660
 6      Counsel for Appellants

 7


 8  EUGENE F. ASSAF, ESQUIRE
    eugene.assaf@kirkland.com
 9  KIRKLAND & ELLIS
        655 15th Street, N.W.
10      Suite 1200
        Washington, D.C. 20005
11      202.879.5196

12      And

13  KANNON K. SHANMUGAM, ESQUIRE
    kshanmugam@wc.com
14  WILLIAMS & CONNOLLY
        725 12th Street, N.W.
15      Washington, D.C. 20005
        202.434.5050
16
        And
17
    ERIC TUNIS, ESQUIRE
18  etunis@greenbaumlaw.com
    GREENBAUM, ROWE, SMITH & DAVIS
19      99 Wood Avenue South
        Iselin, New Jersey 08830
20      732.476.2676
        Counsel for Appellees
21

22

23

24
```

JAMES DeCRESCENZO REPORTING, LLC

```
 1            The question is is there a line?  And
 2  I think the answer is there is.  The line would be
 3  is it okay to take evidence and destroy it?  To
 4  talk about it --
 5            THE COURT:  Well that's different.
 6  We're talking about fraud and you're talking about
 7  spoliation.
 8            MR. POLLOCK:  Well, the question here
 9  was fraud upon -- was the litigation privilege, how
10  broad is the litigation privilege.  The litigation
11  privilege may, it may address the individual
12  representation by an individual, but does it really
13  go so far as to say if I collect evidence as part
14  of a plan, a conspiracy, because now you've got New
15  Jersey RICO triggered.  Let's assume for the sake
16  of argument it is.  That it is inappropriate for a
17  lawyer and a company to conspire to collect
18  evidence, destroy it and deceive the court.
19            You've got RICO, which is a remedial
20  statute, incredibly broad, and you've got the
21  litigation privilege saying an individual
22  representation, even if it's potentially wrong or
23  false, a few bad apples, as Judge Albin in essence
24  says, gets away.  Those two issues are in conflict.
```

```
 1              There has got to be a line where the
 2   conduct, for example, of collecting that evidence
 3   and conspiring about it, because otherwise it will
 4   be open season on the courts.  What people would
 5   say, and Atlas clearly points out, there is some
 6   point where the equitable power of this court to
 7   stop fraud does step in.
 8              And so to me the question that's right
 9   here is that that individual statement perhaps, and
10   so to use our example, let's assume BASF --
11              THE COURT:  Why can't the lawyers
12   say there is no asbestos in our talc product in
13   the course of litigation, in the course of
14   discovery, and why can't he say that?  And if he
15   says it why isn't he entitled to the litigation
16   privilege because they are words uttered in the
17   course of litigation?
18              MR. POLLOCK:  I think to put a fine
19   point on it --
20              THE COURT:  It's separate from the
21   spoliation issue that you were discussing before.
22              MR. POLLOCK:  I think they're
23   intertwined and here's how I think they're
24   intertwined.
```

THIRD CIRCUIT, 3/13/2014

```
 1            If BASF and Cahill Gordon have a
 2   case in Wichita, Kansas and they have a guy, they
 3   hire local counsel and they say John, there's no
 4   asbestos in our talc, file a motion to dismiss.
 5   John walks in and files a motion to dismiss.
 6            I agree with you he is absolutely
 7   immune under the litigation privilege.  Whether
 8   that statement is false or not, he is protected
 9   because he believes it to be true, et cetera.
10            THE COURT:  Well, that's the key.
11   You're putting a rabbit in the hat with this
12   hypothetical.  The issue here is -- because that's
13   not even fraud because there's no scienter.
14            MR. POLLOCK:  Exactly right.  So now,
15   and Judge, Chief Judge McKee, what I was going to
16   is then take the next step.  Is it a difference
17   that makes a difference if Cahill Gordon walks in,
18   knowing that it was false, because now you've got
19   the action of conspiracy and you've got the
20   statement.  Is that a difference that makes a
21   difference?
22            The litigation privilege under Loigman
23   says hey, as to that individual representation
24   maybe it's not a problem, I can go ahead and lie
```

THIRD CIRCUIT, 3/13/2014

```
 1                  CERTIFICATION
 2
 3        I, JAMES DeCRESCENZO, a Registered
 4  Diplomate Reporter, Certified Realtime Reporter,
 5  Certified Shorthand Reporter of New Jersey, License
 6  Number XI 00807, and Notary Public, hereby certify
 7  that the foregoing is a true and accurate
 8  transcript.
 9
10        I further certify that I am neither
11  attorney nor counsel for, not related to nor
12  employed by any of the parties to this action; and
13  further, that I am not a relative or employee of
14  any attorney or counsel employed in this action,
15  nor am I financially interested in this case.
16
17
18       [signature]
19  _____
    James DeCrescenzo
20  Registered Diplomate Reporter
    Certified Shorthand Reporter Notary Public
21
22
23
24
```

JAMES DeCRESCENZO REPORTING, LLC