| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **WOLLMUTH MAHER & DEUTSCH LLP** <br> Paul R. DeFilippo, Esq. <br> 500 Fifth Avenue <br> New York, New York 10110 <br> Telephone: (212) 382-3300 <br> Facsimile: (212) 382-0050 <br> pdefilippo@wmd-law.com <br><br> **JONES DAY** <br> Gregory M. Gordon, Esq. <br> Brad B. Erens, Esq. <br> Dan B. Prieto, Esq. <br> Amanda Rush, Esq. <br> 2727 N. Harwood Street <br> Dallas, Texas 75201 <br> Telephone: (214) 220-3939 <br> Facsimile: (214) 969-5100 <br> gmgordon@jonesday.com <br> bberens@jonesday.com <br> dbprieto@jonesday.com <br> asrush@jonesday.com <br> (Admitted *pro hac vice*) <br><br> *ATTORNEYS FOR DEBTOR* | |
| In re: <br><br> LTL MANAGEMENT LLC,[1] <br><br>               Debtor. | Chapter 11 <br><br> Case No.: 21-30589 (MBK) <br><br> Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC, <br><br>               Plaintiff, <br> v. <br><br> JACQUELINE MIRIAM MOLINE, <br><br>               Defendant. | Adv. No. 22-1393 (MBK) |
| LTL MANAGEMENT LLC, <br><br>               Plaintiff, <br> v. <br><br> STATE OF NEW MEXICO, ex rel. HECTOR H. BALDERAS, Attorney General, and STATE OF MISSISSIPPI, ex rel. LYNN FITCH, Attorney General, <br><br>               Defendants. | Adv. No. 22-1231 (MBK) |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1534933276

**NOTICE OF AMENDED² AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 18, 2023 AT 10:00 A.M.**

*At the direction of the Court, the hearing will be held via Zoom only. All parties who intend to present argument should contact Chambers at chambers_of_mbk@njb.uscourts.gov and provide the name and email address of the speaker, as well as provide information regarding the party the speaker represents and/or the purpose of the appearance.*

*Parties are directed to https://www.njb.uscourts.gov/LTL for observing via Zoom.*

**CONTESTED MATTERS NOT GOING FORWARD IN THE BASE CASE**

1. **Motion of the Official Committee of Talc Claimants for Order Confirming Procedures for the Reimbursement of Expenses Incurred by Committee Member Representatives [Dkt. 3111].**

    **Status: By agreement between the Official Committee of Talc Claimants, the United States Trustee, the Debtor, and with approval of the Court, this matter has been adjourned to February 14, 2023.**

2. The Official Committee of Tort Claimants' Motion to Compel [Dkt. 3336] (the "Motion to Compel").

    **Status: This matter was previously heard at the December 20, 2022 hearing. As a result of continuing discussions between the Official Committee of Tort Claimants and the Debtor, the insurance discovery requests in the Motion to Compel have been largely resolved. The remainder of the Motion to Compel has been adjourned to February 14, 2023.**

3. Debtor's Motion for an Order Directing Plaintiff Law Firms to Disclose Third-Party Funding Arrangements [Dkt. 3551].

    **Status: The Court has adjourned this matter to February 14, 2023.**

4. Maune Raichle Hartley French & Mudd, LLC's Motion to Disqualify Kenneth R. Feinberg as Rule 706 Expert and to Terminate Estimation [Dkt. 3553].

    **Status: The Court has advised it will decide this matter on the papers without additional oral argument.**

---

² Amended agenda items appear in bold.

NAI-1534933276

### MATTERS NOT GOING FORWARD IN THE STATE OF NEW MEXICO AND STATE OF MISSISSIPPI ADVERSARY PROCEEDING

5. Order Granting the Debtor's Request for Preliminary Injunctive Relief [Dkt. 3217; Adv. No. 22-1231, Dkt. 33].

    **Status: The Court has adjourned the hearing with respect to the continuation of the automatic stay and preliminary injunction to February 14, 2023.**

### MATTERS GOING FORWARD IN THE MOLINE ADVERSARY PROCEEDING

6. Motion of Defendant Dr. Jacqueline Miriam Moline for Entry of an Order Granting Defendant Dr. Jacqueline Miriam Moline's Motion for a Thirty (30) Day Extension of time to (1) Answer or Otherwise Move in Response to LTL Management LLC's Complaint and (2) Respond to Plaintiff's Motion for Expedited Discovery [Adv. No. 22-1393, Dkt. 13] (the "Extension Motion").

    **Status: This matter is going forward.**

    Objection Deadline: At hearing.

    Related Documents:

    A. Complaint [Adv. No. 22-1393, Dkt. 1].

    B. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. No. 22-1393, Dkt. 5].

    C. Plaintiff's Motion for Limited Expedited Discovery [Adv. No. 22-1393, Dkt. 9].

    D. Application for Order Shortening Time with Respect to the Extension Motion [Adv. No. 22-1393, Dkt. 14].

    E. Order Granting Application to Shorten Time with Respect to the Extension Motion [Adv. No. 22-1393, Dkt. 15].

    F. **Correspondence from Fox Rothschild to the Court, dated January 17, 2023 [Adv. No. 22-1393, Dkt. 19]**.

    Objections Received:

    G. **Plaintiff's Partial Opposition to Defendant's Motion to Extend Time [Adv. No. 22-1393, Dkt. 20].**

| | |
|---|---|
| Dated: January 17, 2023 | **WOLLMUTH MAHER & DEUTSCH LLP**<br><br>*/s/ Paul R. DeFilippo*<br>Paul R. DeFilippo, Esq.<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq. (*pro hac vice*)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>jpacelli@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* |

NAI-1534933276